IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SANDRA JEAN GRIMALDI                                                          PETITIONER

    v.                                       CASE NO. 2:22-CV-2030

JEREMY BRADSHAW, Director,
Arkansas Division of Community Correction                         RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc.11) from Chief U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny the petition for a writ of habeas corpus. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this April 18, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE